UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

**Annette S. Vernieri,**
Plaintiff,

v.

**Dyno Nobel Inc., Dyno Nobel Americas, Inc., and Dyno Nobel Limited,**
Defendants.

Case No. 2:25-cv-00789-DBP

## DECLARATION OF SERVICE

I, Annette S. Vernieri, declare as follows:

1. I am the plaintiff in this action. I am over the age of 18 and competent to make this declaration.
2. On **September 11, 2025**, I caused to be served a true and correct copy of the following documents:
    - Summons issued by the Clerk of Court,
    - Complaint and Jury Demand,
    by depositing them in the United States Mail at West Jordan, Utah postage fully prepaid, via **Certified Mail, Return Receipt Requested** (USPS Form 3800, tracking number 9590 9402 9573 5121 9858 18).
3. The envelope was addressed to:
    **Dyno Nobel Inc.**
    c/o Registered Agent
    CT Corporation System
    1108 E South Union Avenue, Midvale, UT 84047
4. Delivery of the mailing was confirmed by the United States Postal Service. A signed **green return receipt (Form 3811)** showing delivery on **September 15, 2025** is attached hereto.
5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of September, 2025, at Draper, Utah.


**Annette S. Vernieri**
Plaintiff, Pro Se