**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

**Annette S. Vernieri,** Plaintiff,
v.
**Dyno Nobel Inc. and Dyno Nobel Limited,** Defendants.
Case No. 2:25-cv-00789-DBP

# NOTICE OF REQUEST FOR ADA ACCOMMODATIONS

*(Fed. R. Civ. P. 1, 16 & 26; 42 U.S.C. § 12131 et seq.; Guide to Judiciary Policy, Vol. 5, § 255.10; DUCivR 5-1, 5-3, 6-2)*

Plaintiff, proceeding pro se, respectfully submits this Notice of Request for Reasonable Accommodations in accordance with the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the Judicial Conference's accessibility policies. Plaintiff requests that the accommodations described below be granted to ensure equal access and participation in all pretrial proceedings and court-related matters.

Plaintiff further requests that this Notice be docketed and forwarded to Magistrate Judge Pead and the Clerk's Office ADA Coordinator for review and implementation.

---

## I. Requested Accommodations and Purpose

### 1. Communication & Comprehension

- Speech-to-text display during hearings, depositions, and conferences to ensure accurate comprehension.
- Screen-sharing of questions or statements so Plaintiff may read before responding.
- Permission to use a laptop or tablet for viewing digital transcripts, notes, or exhibits.
- Written copies of all questions during hearings or depositions.
- Captioned or recorded hearings for later review.
- Permission to request slower pacing, pauses, or repetition of complex questions.
- Right to request clarification or re-reading of any question without prejudice.

### 2. Scheduling & Format

- Conduct all Rule 26(f), Rule 16(b), and future conferences by video or telephone rather than in-person.
- Permit virtual or hybrid attendance for all hearings due to medical and neurocognitive limitations.
- Limit proceedings to scheduled windows (preferably before 6 p.m.) to mitigate fatigue from medication timing and cognitive overload.

1

- Provide breaks approximately every 60–90 minutes for sensory or emotional regulation.
- Provide predictable start and end times and advance notice of any unscheduled sessions.

### 3. Documentation & Filing Support

- Continue to permit **email filing and ECF notification** under DUCivR 5-1(b)(1)(A).
- Provide accessible (tagged) PDF copies of court documents.
- Permit reasonable extensions when impairments require additional processing time, consistent with **DUCivR 6-2**.

### 4. Environmental & Sensory

- Authorize remote participation to avoid courthouse sensory overload and anxiety triggers.
- If in-person attendance is unavoidable, request:
    - Seating near exits or designated quiet area, if available.
    - Reduced lighting or glare-reduced environment where feasible.

### 5. Procedural Fairness & Assistance

- Provide court communications and scheduling orders in plain-language summary format where possible.
- Identify a point-of-contact **ADA Coordinator Liaison** to confirm accommodation implementation.
- Allow additional time during oral argument or questioning for comprehension and response.
- Permit silent presence of a non-attorney support person, if needed for regulation support.
- Ensure that any supporting medical or ADA-related documentation filed is placed **under seal** per DUCivR 5-3.
- These accommodations are requested to ensure due process and meaningful participation on equal footing with represented parties.

---

## II. Method of Implementation

Plaintiff respectfully requests that the accommodations described above apply to all pretrial proceedings, including:

- The Rule 26(f) Attorney Planning Meeting to occur before November 7, 2025,
- Rule 16(b) conferences,
- Depositions, discovery events, and
- All future hearings and scheduling orders.

Plaintiff is willing to coordinate with the Clerk's ADA Coordinator to address any specific logistics, technology use, or court procedures necessary to implement these requests.

Plaintiff respectfully reserves the right to supplement or revise this request as needed should health circumstances change or additional accommodations become necessary.

## III. Service

A copy of this Notice has been served upon counsel for Defendants:

- **Bryan K. Benard** – bbennard@hollandhart.com
- **Sarah M. Perkins** – smperkins@hollandhart.com
  Holland & Hart LLP
  222 South Main Street, Suite 2200
  Salt Lake City, UT 84101

**Dated:** October 7, 2025
Respectfully submitted,

**/s/ Annette S. Vernieri**
14350 S Lapis Drive
Draper, UT 84020
vernieri.lawsuit@pm.me
Pro Se Plaintiff