Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

## Notice of Plaintiff's Request for Preservation of Electronically Stored Information (ESI)

Plaintiff respectfully notifies the Court that a formal request has been made to Defendants to preserve all relevant electronically stored information (ESI) potentially discoverable in this matter.

This includes, but is not limited to, SAP, text messages, Outlook, Teams, SharePoint, Word, Excel, OneNote, and metadata related to Plaintiff's accommodation requests, performance evaluations, disciplinary actions, and termination. Plaintiff requests that Defendants implement a litigation hold to ensure all relevant records are retained pending discovery.

Dated: October 09, 2025

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

<table>
<tr><td>

Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

</td><td>

**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

</td></tr>
</table>

## PLAINTIFF'S DECLARATION OF SERVICE

I, Annette S. Vernieri, declare as follows:

1. I am the Plaintiff in the above-captioned matter. I am over the age of 18 and competent to testify to the matters set forth herein.

2. On October 09, 2025, I served a formal Notice requesting preservation of Electronically Stored Information (ESI) relevant to this litigation on Defendants' counsel.

3. The ESI Preservation Notice was sent via email to bbenard@hollandhart.com and smperkins@hollandhart.com from my email address (vernieri.lawsuit@pm.me).

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 09, 2025, at Draper, Utah.


/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff