Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

PLAINTIFF'S Notice of Initiated Hague Service on Dyno Nobel Limited

Plaintiff hereby notifies the Court that international service of process upon Dyno Nobel Limited has been initiated in accordance with the Hague Service Convention, under Fed. R. Civ. P. 4(f)(1).

Plaintiff mailed, on September 29, 2025, via Priority Mail Express International Legal Flat Rate Envelope, the summons, complaint, civil cover sheet, and all required service documents to the Attorney General of Australia, the designated Central Authority under the Hague Service Convention. USPS tracking number EH043667701US confirms delivery on October 8, 2025, at 7:21 a.m. local Australian time.

Attached Exhibits:
• Exhibit H: USPS Priority Mail Express International Receipt
• Exhibit I: USPS Customs Declaration and Dispatch Form 2976-R

Plaintiff will supplement the record with the official Certificate of Service upon receipt from the Australian Central Authority.

Dated: October 9, 2025

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

PLAINTIFF'S DECLARATION OF SERVICE

I, Annette S. Vernieri, declare as follows:

1. I am the Plaintiff in the above-captioned matter. I am over the age of 18 and competent to testify to the matters set forth herein.

2. On October 9, 2025, I submitted the attached "Notice of Initiated Hague Service on Dyno Nobel Limited" to the United States District Court for the District of Utah by emailing it to the Clerk of Court at utdecf_clerk@utd.uscourts.gov for docketing. Upon acceptance and docketing, a Notice of Electronic Filing (NEF) will be automatically generated by the Court's CM/ECF system and served via email to all registered counsel of record, including attorneys for the Defendants. I am informed and believe this satisfies service requirements under Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1(b)**.**

3. The document was also served via email from my email address (vernieri.lawsuit@pm.me) to defense counsel of record.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 09, 2025, at Draper, Utah.

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff