Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

Annette S. Vernieri,
Plaintiff,

v.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

**NOTICE OF PROOF OF SERVICE ON DYNO NOBEL INC.**

Plaintiff Annette S. Vernieri respectfully submits this Notice of Proof of Service upon Defendant Dyno Nobel Inc.**,** served pursuant to Federal Rule of Civil Procedure 4(e)**.**

On September 30, 2025, Plaintiff mailed the summons, complaint, civil cover sheet, and case-initiating documents to Dyno Nobel Inc.'s registered agent **via** USPS Certified Mail**.** According to USPS delivery tracking, the documents were successfully delivered on October 2, 2025.

Attached hereto as:

Exhibit D is a Screenshot of USPS tracking showing delivery
Exhibit E are the photo of USPS Certified Mail Receipt and Form 3800 for Dyno Nobel Inc.
Exhibit F is the photo of Form 3811 Delivery Confirmation (Sender)
Exhibit G - Form 3811 Delivery Confirmation (to Dyno Nobel)

USPS tracking:

- **Form 3811 (Green Card Receipt):** Tracking No. 9590 9402 9570 5121 1139 86
- **Form 3800 (Certified Mail Receipt):** Tracking No. 9589 0710 5270 3211 7700 59

These documents confirm timely and proper service in accordance with Rule 4(e).

Dated: October 9, 2025

/s/ Annette S. Vernieri
Annette S. Vernieri
Pro Se Plaintiff
14350 S Lapis Drive
Draper, UT 84020