FILED
2025 OCT 10
Clerk
U.S. DISTRICT COURT

Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

### NOTICE REGARDING PUBLIC ACCESS PROTECTIONS (DUCivR 5-3)

Plaintiff respectfully submits that all filings in this matter should remain publicly accessible unless the Court finds good cause to seal specific materials, in accordance with DUCivR 5-3 and federal transparency principles.

Plaintiff expressly opposes any motion to seal based solely on claims of reputational harm, confidentiality, or business sensitivity without a substantiated legal and factual basis. Plaintiff reserves the right to challenge any sealing requests that do not meet the required threshold of necessity and specificity.

This filing and attached Declaration of Service have been submitted to the Clerk of Court via email for docketing and served on all counsel of record electronically on October 9, 2025.


/s/ Annette S. Vernieri
Annette S. Vernieri
14350 S Lapis Drive
Draper, UT 84020
Email: vernieri.lawsuit@pm.me