Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,
vs.
Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

### DECLARATION OF SERVICE

I, Annette S. Vernieri, declare as follows:

1. On October 20, 2025, I submitted the attached **"Motion for Appointment of Volunteer Counsel"** to the Clerk of Court at utdecf_clerk@utd.uscourts.gov for docketing in *Vernieri v. Dyno Nobel Inc. et al.*, Case No. 2:25-cv-00789-DBP.
2. Upon docketing, notice of electronic filing will automatically be served via the Court's CM/ECF system on all registered counsel of record.
3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 20, 2025**, at Draper, Utah.

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

Annette S. Vernieri
14350 S Lapis Drive
Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,
vs.
Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

## MOTION FOR APPOINTMENT OF COUNSEL

*(DUCivR 83-1.1(3); Court's Inherent Authority)*

### I. INTRODUCTION

Plaintiff Annette S. Vernieri respectfully moves for appointment of volunteer counsel under DUCivR 83-1.1(3), which provides that attorneys admitted to this Court's bar agree to accept a reasonable number of pro bono appointments when requested by the Court.

Although Plaintiff has paid the filing fee and is not proceeding in forma pauperis, she faces substantial difficulty managing discovery, ESI, and expert-related issues in this complex employment-discrimination case. Appointment of volunteer counsel would promote fairness and judicial efficiency.

### II. BACKGROUND

Plaintiff filed this action on September 10, 2025, asserting claims under Title VII, the ADA, ADEA, and OWBPA arising from employment with Dyno Nobel Inc. and related entities. The Court has issued an Order to Propose Schedule under Fed. R. Civ. P. 16 and 26.

Plaintiff has diligently sought private representation and consulted multiple employment-law attorneys. Several firms have declined engagement due to the breadth of the claims, overlapping agency matters (EEOC, NLRB) and the anticipated scope of discovery. Written correspondence documenting these efforts can be provided upon request.

While Plaintiff maintains limited personal resources for basic living expenses, she cannot reasonably afford the six-figure costs associated with full federal litigation, expert witnesses, and complex discovery.

### III. LEGAL STANDARD

Under DUCivR 83-1.1(3), the Court may request volunteer counsel from its Pro Bono Panel when appropriate. Federal courts also have inherent authority to request such representation in exceptional circumstances.

In deciding whether to appoint volunteer counsel, courts in this Circuit consider factors analogous to those articulated in *Rucks v. Boergermann*, 57 F.3d 978 (10th Cir. 1995): (1) the merits of the claims; (2) the complexity of the issues; (3) the litigant's ability to present her case; and (4) the need for expert or technical evidence.

### IV. APPLICATION

This matter presents exceptional circumstances warranting appointment of volunteer counsel:

• **Meritorious Claims and Supporting Agency Records.** Plaintiff's EEOC charge and pending NLRB matters provide substantial factual support for her claims of discrimination and retaliation.

• **Complexity of Issues.** The case involves multiple federal statutes, ESI management, and corporate records requiring technical analysis.

• **Limited Legal Training.** Plaintiff is self-represented and unfamiliar with civil discovery, expert rules, and protective-order procedures.

• **Judicial Efficiency.** Appointment of counsel would streamline discovery, facilitate settlement discussion, and reduce motion practice.

### V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Appoint volunteer counsel through the District of Utah's Pro Bono Panel or Federal Bar Association Referral Program; or
2. Alternatively, set a status conference to discuss limited-scope representation for the Rule 26(f) process and discovery phase.

## VI. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court appoint volunteer counsel or otherwise facilitate representation to ensure a fair and efficient adjudication of this matter.

**DATED:** October 20, 2025

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff