| | |
|---|---|
| Annette S. Vernieri<br>14350 S Lapis Drive<br>Draper, Utah 84020<br>Email: vernieri.lawsuit@pm.me<br>Pro Se Plaintiff | **UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH**<br><br>Annette S. Vernieri,<br>Plaintiff,<br>vs.<br>Dyno Nobel Inc. and Dyno Nobel Limited,<br>Defendants.<br><br>Case No.: 2:25-cv-00789-DBP<br>Judge: Dustin B. Pead |

### DECLARATION OF SERVICE

I, Annette S. Vernieri, declare as follows:

1. On October 20, 2025, I submitted the attached **"Notice of Related Agency Proceedings (National Labor Relations Board Charge)"** to the Clerk of Court at utdecf_clerk@utd.uscourts.gov for docketing in *Vernieri v. Dyno Nobel Inc. et al.*, Case No. 2:25-cv-00789-DBP.
2. Upon docketing, notice of electronic filing will automatically be served via the Court's CM/ECF system on all registered counsel of record.
3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 20, 2025**, at Draper, Utah.

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

Annette S. Vernieri  
14350 S Lapis Drive  
Draper, Utah 84020  
Email: vernieri.lawsuit@pm.me  
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

Annette S. Vernieri,  
Plaintiff,  
vs.  
Dyno Nobel Inc. and Dyno Nobel Limited,  
Defendants.

Case No.: 2:25-cv-00789-DBP  
Judge: Dustin B. Pead

## PLAINTIFF'S NOTICE OF RELATED AGENCY PROCEEDINGS (NATIONAL LABOR RELATIONS BOARD CHARGE)

Plaintiff respectfully provides notice to the Court that she has an active and related matter pending before the National Labor Relations Board ("NLRB"), *Case No. 27-CA-363299*.

Plaintiff respectfully notifies the Court of a related administrative proceeding pending before the National Labor Relations Board (NLRB), Case No. 27-CA-363299, arising from overlapping facts and conduct alleged in this action.

Plaintiff submits this notice for record transparency. No consolidation or intervention is sought at this time.

Dated: October 20, 2025  
Respectfully submitted,

/s/ Annette S. Vernieri

Annette S. Vernieri  
Pro Se Plaintiff