Annette S. Vernieri

Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,
vs.
Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

## DECLARATION OF SERVICE

I, Annette S. Vernieri, declare as follows:

1. On October 22, 2025, I submitted the attached **"Notice of Administrative ADA Accommodation Submission"** to the Clerk of Court at utdecf_clerk@utd.uscourts.gov for docketing in *Vernieri v. Dyno Nobel Inc. et al.*, Case No. 2:25-cv-00789-DBP.
2. Upon docketing, notice of electronic filing will automatically be served via the Court's CM/ECF system on all registered counsel of record.
3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 22, 2025**, at Draper, Utah.

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

| | |
|---|---|
| | **UNITED STATES DISTRICT COURT DISTRICT OF UTAH** |
| Annette S. Vernieri | Annette S. Vernieri, Plaintiff, |
| Draper, Utah 84020<br>Email: vernieri.lawsuit@pm.me<br>Pro Se Plaintiff | vs.<br><br>Dyno Nobel Inc. and Dyno Nobel Limited, Defendants.<br><br>Case No.: 2:25-cv-00789-DBP<br>Judge: Dustin B. Pead |

### PLAINTIFF'S NOTICE OF ADMINISTRATIVE ADA ACCOMMODATION SUBMISSION

Plaintiff respectfully notifies the Court that, in accordance with the Court's established ADA accommodation procedures and in response to Defendant's assertions in Docket No. 17, she has submitted a completed ADA Accommodation Request Form and supporting medical documentation to both the Court's Access Coordinator and the Administrative Office of the U.S. Courts (FEPO).

Plaintiff has followed the procedures outlined in the Guide to Judiciary Policy, Volume 5, § 255, and affirms that the requested accommodations are narrowly tailored to facilitate equal access to court proceedings due to neurocognitive limitations that affect auditory processing, executive function, and communication.

Plaintiff reserves the right to supplement this record, respond further, or seek clarification from the Court should any issues remain unresolved.

Dated: October 22, 2025
Respectfully submitted,

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff