FILED
2025 NOV 14 PM 3:29
CLERK
U.S. DISTRICT COURT

Annette S. Vernieri

Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

Annette S. Vernieri,

Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

# NOTICE REGARDING PLAINTIFF'S POSITION ON "DYNO NOBEL AMERICAS, INC."

Plaintiff, Annette S. Vernieri, respectfully submits this Notice in response to the Court's November 11, 2025 Docket Text Order (ECF No. 19), requesting clarification regarding Plaintiff's intent to pursue claims against Dyno Nobel Americas, Inc.. In support of this Notice, Plaintiff states the following:

**Good Faith Basis for Naming Dyno Nobel Americas, Inc.**

Plaintiff later confirmed that the proper legal entity responsible appears to be Dyno Nobel Inc., based in Salt Lake City, Utah.

As support, Plaintiff attaches Exhibit J, excerpts from Dyno Nobel's FY25 Full-Year Financial Report. It repeatedly references Dyno Nobel Americas as an operating unit responsible for U.S. operations, including:

- Page 7 – Operational and Financial Review section
- Page 18 – Standalone financial metrics for "Dyno Nobel Americas"
- Page 22 – Forward-looking guidance attributed to this unit
- Page 29 – Identification of a "President, Dyno Nobel Americas"

- Pages 32, 36, 39, 44 – Executive compensation tied to this segment
- Page 98 – Auditor's report by Deloitte referencing Dyno Nobel Americas as a functional division

**Entity Registration Status**

Despite diligent efforts, Plaintiff has not found any entity registered as "Dyno Nobel Americas, Inc." in either Utah or Delaware, nor in any other known jurisdiction.

However, **Exhibit K**, a search from the Delaware Division of Corporations, confirms that no such entity exists under that name. It does show multiple registered entities under the "dyno nobel" name, including Dyno Nobel Inc., the presumed legal entity operating the U.S. business segment referenced in the financial report.

Plaintiff has properly served Dyno Nobel Inc. and Dyno Nobel Limited at their known registered Utah locations.

**Plaintiff's Position and Request to the Court**

Plaintiff does not waive claims related to the conduct attributed to the business unit Dyno Nobel Americas and intends to pursue those claims against the proper legal entity. If further clarification or substitution is needed, Plaintiff will seek leave to amend the complaint after corporate disclosures or discovery confirm the responsible party.

Accordingly, Plaintiff respectfully requests that the Court not dismiss Dyno Nobel Americas, Inc. at this time. The naming issue stems from internal branding ambiguity and corporate opacity, not any bad faith or negligence on Plaintiff's part.

**Preservation of Claims and Case Progression**

Plaintiff affirms her intent to serve Initial Disclosures and move forward with discovery as scheduled. This entity issue should not delay the Rule 26(f) process or derail the case's progress.

**Conclusion**

Plaintiff acted in good faith based on available information and has now clarified the basis for naming Dyno Nobel Americas, Inc. Plaintiff respectfully requests that the Court defer any dismissal until corporate discovery identifies the proper legal entity responsible for the actions alleged.

DATED: November 14, 2025
 Respectfully submitted,

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

**Exhibits**

- **Exhibit J** – Dyno Nobel FY25 Full-Year Financial Report (highlighted pages), showing "Dyno Nobel Americas" referenced consistently as a business unit.

- **Exhibit K** – Search results from the Delaware Division of Corporations showing no registered entity exists under the name "Dyno Nobel Americas, Inc." and confirming registration of Dyno Nobel Inc. (File No. 2035949).