Delaware.gov                                                     Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

| | |
|---|---|
| **HOME** | [Frequently Asked Questions](#) |

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

To order a Certificate of Status, or a Certified Copy or Plain copy of a filed document, contact a [Delaware online agent](#) or submit a request using the [Document Filing and Certificate Request Service](#).

For more information please read the [Frequently Asked Questions](#) page.

### General Information Name Search

✱ Required Field

| ✱ Entity Name: | ✱ File Number: |
|---|---|
| dyno nobel | |

or

[This field is not case sensitive.]
[For exact searches use quotation marks.]

**Search**

| FILE NUMBER | ENTITY NAME |
|---|---|
| 2299785 | DYNO NOBEL APPALACHIA, INC. |
| 4576677 | DYNO NOBEL AUSTRALIA LLC |
| 4526409 | DYNO NOBEL FINANCE LLC |
| 2273506 | DYNO NOBEL FLORIDA, INC. |
| 4606692 | DYNO NOBEL HOLDINGS IV LLC |
| 4606705 | DYNO NOBEL HOLDINGS USA II |
| 4261938 | DYNO NOBEL HOLDINGS USA III, INC. |
| 3897087 | DYNO NOBEL HOLDINGS USA II, INC. |
| 3255358 | DYNO NOBEL HOLDINGS USA, INC. |
| 3635892 | DYNO NOBEL HOLDINGS V LLC |
| 2035949 | DYNO NOBEL INC. |
| 2396557 | DYNO NOBEL INTERMOUNTAIN, INC. |
| 5140843 | DYNO NOBEL LOUISIANA AMMONIA, LLC |

| | |
|---|---|
| 4526406 | DYNO NOBEL MANAGEMENT LLC |
| 2248113 | DYNO NOBEL MIDAMERICA, INC. |
| 2261150 | DYNO NOBEL SOUTHEAST, INC. |
| 4385760 | DYNO NOBEL SPS LLC |
| 2159807 | DYNO NOBEL STRAWN, INC. |
| 4526403 | DYNO NOBEL US INVESTMENTS |

The intent of this tool is to provide general entity details. The Division of Corporations strictly prohibits mining data. Excessive and repeated searches that may have a negative impact on our systems and customer experience are also prohibited. Use of automated tools in any form may result in the suspension of your access to utilize this service.

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov