| | |
|---|---|
| Annette S. Vernieri | **UNITED STATES DISTRICT COURT DISTRICT OF UTAH** |
| Draper, Utah 84020 | |
| Email: vernieri.lawsuit@pm.me | Annette S. Vernieri, |
| Pro Se Plaintiff | Plaintiff, |
| | vs. |
| | Dyno Nobel Inc. and Dyno Nobel Limited, Defendants. |
| | Case No.: 2:25-cv-00789-DBP<br>Judge: Dustin B. Pead |

PLAINTIFF'S MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER OR, ALTERNATIVELY, A JUDICIAL SCHEDULING CONFERENCE

Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), and DUCivR 16-1(b), Plaintiff Annette S. Vernieri respectfully moves the Court to enter Plaintiff's Proposed Scheduling Order, or in the alternative, to set a brief judicial scheduling conference to resolve the issues remaining after the parties' Attorney Planning Meeting.

Plaintiff has conferred with Defendants' counsel in a good-faith attempt to comply with Rule 26(f) and the Court's Order to Propose Schedule. The parties exchanged written communications between October 24 and November 14, 2025. Despite multiple attempts to finalize a joint report, the parties reached an impasse on key areas including the timing of initial disclosures, the scope of discovery, the ESI protocol, and the applicability of the Court's Standard Protective Order.

Plaintiff's proposed schedule reflects timelines that are consistent with the Court's standard expectations and the Federal Rules. Defendants' proposals, in contrast, would significantly delay the case and narrow the scope of allowable discovery.

Attached as Exhibit N is Plaintiff's Proposed Scheduling Order. This schedule reflects proportional, fair, and timely case management. Attached as Exhibit M is email correspondence documenting the Rule 26(f) meet-and-confer efforts. Attached as

Exhibit L is the Plaintiff's unredlined version of the Attorney Planning Meeting Report.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. **Enter Plaintiff's Proposed Scheduling Order**, attached as Exhibit N, which reflects deadlines consistent with the Court's standard discovery timeline (approximately six months for fact discovery and six months for dispositive motions); or
2. **Schedule a Judicial Scheduling Conference** at the earliest opportunity so both parties can present their positions and receive guidance from the Court.

DATED: November 15, 2025

Respectfully submitted,

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

**PLAINTIFF'S CERTIFICATE OF SERVICE**
I hereby certify that on November 15, 2025, I served the foregoing MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER, including Exhibit N, on counsel of record via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1.

Bryan K. Benard – BBenard@hollandhart.com
Sarah M. Perkins – SMPerkins@hollandhart.com
Counsel for Defendants