Annette S. Vernieri

Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

**PLAINTIFF'S NOTICE OF IMPASSE RE: ATTORNEY PLANNING MEETING**

Pursuant to the Court's scheduling order and following a good-faith Rule 26(f) conference process, Plaintiff respectfully submits this Notice of Impasse.

Between October 24 and November 14, 2025, Plaintiff and defense counsel exchanged multiple rounds of communication regarding the Attorney Planning Meeting Report (APMR). Plaintiff timely initiated the process and delivered a completed APMR draft reflecting all required categories.

Defendants responded with proposed edits and alternative terms, most of which Plaintiff declined as inconsistent with Rule 26(b)(1), the scope of discovery, and proportionality standards. Plaintiff granted only a one-time courtesy extension for the exchange of Initial Disclosures—from November 21, 2025 to November 28, 2025.

As the parties were unable to reach agreement on the majority of key issues—including discovery phases, ESI scope, protective orders, and case schedule—Plaintiff is concurrently filing:

- A separate Plaintiff's Version of the Attorney Planning Meeting Report
- A supporting Motion requesting entry of Plaintiff's proposed schedule or a judicial scheduling conference.


Dated: November 15, 2025

Respectfully submitted,

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

**PLAINTIFF'S CERTIFICATE OF SERVICE**
I hereby certify that on November 15, 2025, I served the foregoing Notice of Impasse RE: Attorney Planning Meeting Report, on counsel of record via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1.

Bryan K. Benard – BBenard@hollandhart.com
Sarah M. Perkins – SMPerkins@hollandhart.com
Counsel for Defendants