Annette S. Vernieri

Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DBP
Judge: Dustin B. Pead

DECLARATION OF ANNETTE S. VERNIERI IN SUPPORT OF
PLAINTIFF'S VERSION OF THE ATTORNEY PLANNING MEETING REPORT
AND
MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

I, Annette S. Vernieri, declare and state as follows:

1. I am the Plaintiff in this action and am representing myself pro se. I make this declaration based on my personal knowledge and, if called to testify, could and would do so competently.

2. Pursuant to Rule 26(f), I participated in a good-faith attempt to confer with Defendants' counsel regarding the Attorney Planning Meeting Report ("APMR"). The parties exchanged communications between October 24 and November 14, 2025.

3. During this period, I provided proposals regarding discovery scope, deadlines, and the format of electronically stored information (ESI). Defendants responded with counterproposals that would materially delay the schedule and restrict discovery.

4. Despite my repeated efforts, we were unable to reach agreement on several key items, including initial disclosures, the discovery schedule, the ESI protocol, and the applicability of the Court's Standard Protective Order.

5. I granted Defendants a one-time courtesy extension to exchange initial

disclosures, from November 21, 2025, to November 28, 2025.

6. Attached to my filing are true and correct copies of the following exhibits:
   - Exhibit L: My unredlined version of the APMR
   - Exhibit M: Email correspondence reflecting the meet-and-confer efforts
   - Exhibit N: My proposed scheduling order with specific dates

7. Based on the impasse, I am requesting the Court either (a) enter the proposed schedule in Exhibit N, or (b) set a judicial scheduling conference.

8. I respectfully ask the Court to take into consideration the documented impasse and my good-faith efforts to comply with the Court's scheduling order and Rule 26(f).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 15, 2025, in Draper, Utah.


Respectfully submitted,


/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff