Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Annette S. Vernieri,<br><br>        Plaintiff,<br><br>vs.<br><br>Dyno Nobel Americas, Inc., Dyno Nobel, Inc., and Dyno Nobel Limited,<br><br>        Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:25-cv-00789<br><br>Judge Dustin B. Pead |

Sarah M. Perkins, of the law firm Holland & Hart LLP, hereby enters her appearance of counsel on behalf of Defendant Dyno Nobel, Inc., and respectfully requests that all documents and pleadings filed in this matter be served upon her as noted below:

Sarah M. Perkins
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
smperkins@hollandhart.com

Dated this 21st day of November, 2025.

> HOLLAND & HART LLP
>
> /s/ *Sarah M. Perkins*
> Bryan K. Benard
> Sarah M. Perkins
> *Attorneys for Defendants Dyno Nobel, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I have caused to be presented the foregoing NOTICE OF APPEARANCE OF COUNSEL to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email address:

> Annette Vernieri
> vernieri.lawsuit@pm.me

> /s/     *Sarah M. Perkins*

36407830_v1