Annette S. Vernieri

Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

FILED
2025 NOV 27
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Americas, Dyno Nobel, Inc., and Dyno Nobel Limited.,
Defendants.

Case No.: 2:25-cv-00789-DBP
Chief Magistrate Judge: Dustin B. Pead

### PLAINTIFF'S CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, a true and correct copy of the foregoing Initial Disclosures was served via email, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1, to:

- **Bryan K. Benard**, #9023– BBenard@hollandhart.com
- **Sarah M. Perkins, #17297** – SMPerkins@hollandhart.com
  Counsel for Defendants

Executed on November 27, 2025, in Draper, Utah.

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff