IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>    Plaintiff,<br><br>v.<br><br>DYNO NOBEL AMERICAS, DYNO NOBEL, DYNO NOBEL LIMITED,<br><br>    Defendants. | **RULING & ORDER**<br><br>Civil No. 2:25-cv-00789<br><br>Magistrate Judge Dustin B. Pead |

      On November 15, 2025, Plaintiff Annette S. Vernieri ("Plaintiff" or "Vernieri") filed her Motion for Entry of Scheduling Order or Motion for Judicial Scheduling Conference (ECF No. 23.) Shortly thereafter, Defendants Dyno Nobel and Dyno Nobel Limited (collectively "Defendants") file a separate Motion for Scheduling Conference (ECF No. 24.) In conjunction with their respective motions, both parties submitted a proposed Scheduling Order as well as argument in favor of their proposed dates (ECF No. 23-5; ECF No. 24-2).

      Upon review, the Court adopts Defendants' proposed Scheduling Order. In entering the Scheduling Order, the court confirms the Standard Protective Order remains in place. *See* DUCivR 26-2(a) ("The Standard Protective Order, available on the court's website, applies in every case involving the disclosure of any information designated as confidential, unless the court orders otherwise. It is effective by operation of this rule at the time a case is filed and does not need to be entered in a case docket to be effective.") Additionally the parties shall proceed with issuing and responding to discovery requests in conformity with the Federal Rules of Civil Procedure, with

direction that all ESI be produced in PDF format unless a showing of good cause is made for specific documents to be produced in native format with metadata in response to particular request.

Accordingly Plaintiff's Motion for Entry of Proposed Scheduling Order or Motion for Judicial Scheduling Conference (ECF No. 23) and Defendants' Motion for Scheduling Conference (ECF No. 24) are DENIED.

A separate Order entering the Scheduling Order shall follow.

**IT IS SO ORDERED.**

DATED this 4th day of December, 2025.

BY THE COURT:

_____
Dustin B. Pead, U.S. Magistrate Judge