Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| Annette S. Vernieri, Plaintiff, vs. Dyno Nobel Americas, Inc., Dyno Nobel, Inc., and Dyno Nobel Limited, Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES** <br><br> Civil No. 2:25-cv-00789 <br><br> Magistrate Judge Dustin B. Pead |
|---|---|

I hereby certify that on December 5, 2025, I caused to be served by email a true and correct copy of DEFENDANT'S INITIAL DISCLOSURES, to:

Annette Vernieri
vernieri.lawsuit@pm.me

Dated this 9th day of December, 2025.

        HOLLAND & HART LLP

        /s/ *Sarah M. Perkins*
        Bryan K. Benard
        Sarah M. Perkins
        *Attorneys for Defendants Dyno Nobel, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I have caused to be presented the foregoing CERTIFICATE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email address:

Annette Vernieri
vernieri.lawsuit@pm.me

                                      /s/    *Sarah M. Perkins*

36500330_v1