| | |
|---|---|
| Annette S. Vernieri<br>14350 S Lapis Drive<br>Draper, Utah 84020<br>Email: vernieri.lawsuit@pm.me<br>Pro Se Plaintiff | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF UTAH**<br><br>Annette S. Vernieri,<br>Plaintiff,<br><br>vs.<br><br>Dyno Nobel Americas, Dyno Nobel Inc.<br>and Dyno Nobel Limited,<br>Defendants.<br><br>Case No.: 2:25-cv-00789-DBP<br>Chief Magistrate Judge: Dustin B. Pead |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Annette S. Vernieri, appearing pro se, respectfully moves under Fed. R. Civ. P. 15(a)(2) for leave to file the attached First Amended Complaint.

1. Plaintiff filed her original Complaint on September 10, 2025.
2. Defendants answered on October 6, 2025 (ECF No. 8).
3. No Rule 12 motion has been filed and no claims dismissed.
4. Under the Scheduling Order, the deadline to amend is January 9, 2026.
5. This is Plaintiff's first requested amendment.

### Purpose and Scope:

The amendment clarifies factual allegations and preserves all existing statutory and common-law claims while incorporating:

6. Segregation of employees requesting accommodations;
7. Unequal performance ratings and disparate evaluations;
8. Delay of Plaintiff's tuition reimbursement compared with younger employees;
9. HR interference in Plaintiff's meetings and ignored internal grievances;

10. Retaliatory removal from Power BI finance project;

11. Termination timed the same day as her EEOC intake interview;

12. Replacement by a younger, non-disabled employee;

13. Documented emotional distress and medical harm following termination.

**Rule 15 Standard:**

Rule 15(a)(2) directs courts to freely give leave when justice so requires. This liberal standard applies especially when the request:

• Is made early in the case,

• Does not prejudice the opposing party, and

• Clarifies or refines existing issues rather than introducing unrelated claims.

**Plaintiff's proposed First Amended Complaint:**

• Does not alter the essential facts or parties,

• Preserves all existing causes of action,

• Adds factual clarification relevant to existing ADA, ADEA, Title VII, and state-law claims, and

• Adds claims arising from the same underlying facts and protected activity.

Accordingly, the amendment will assist the Court and parties in resolving this matter on the merits. The amendment is timely, filed in good faith, and causes no prejudice. It arises from the same nucleus of operative facts as the original pleading and promotes adjudication on the merits.

Good Cause and Justice:

Plaintiff files this motion in good faith, to ensure compliance with Rule 15 and to promote judicial efficiency by consolidating all related claims and allegations in a single operative pleading.

This amendment adds clarifying factual detail and additional related claims arising from the same set of facts, including protected whistleblower disclosures and retaliatory conduct, consistent with the liberal amendment standard of Rule

15(a)(2).

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and deem the attached First Amended Complaint filed as of the date of the Court's order.

Dated: December 15, 2025
Respectfully submitted,

/s/ Annette S. Vernieri
Annette S. Vernieri
Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2025, I filed the foregoing Motion for Leave to File First Amended Complaint with the Clerk via CM/ECF, which will send notice to:

Bryan K. Benard and Sarah M. Perkins
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
bbennard@hollandhart.com | smperkins@hollandhart.com

/s/ Annette S. Vernieri
Annette S. Vernieri
Pro Se Plaintiff