Annette S. Vernieri

Draper, Utah 84020
Email: vernieri.lawsuit@pm.me
Pro Se Plaintiff

FILED
2025 DEC 24 AM 10:15
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

Annette S. Vernieri,
Plaintiff,

vs.

Dyno Nobel Americas, Dyno Nobel Inc. and Dyno Nobel Limited,
Defendants.

Case No.: 2:25-cv-00789-DAK-DBP
Chief Magistrate Judge: Dustin B. Pead

And Judge Dale A. Kimball

**PLAINTIFF'S CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2025, I served the foregoing Plaintiff's First Set of Requests for Production of Documents, on Defense counsel of record via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1.

Bryan K. Benard – BBenard@hollandhart.com
Sarah M. Perkins – SMPerkins@hollandhart.com
Counsel for Defendants

Respectfully submitted,

Annette S. Vernieri
Pro Se Plaintiff
Executed on December 24, 2025 in Draper, Utah.

/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

Case 2:25-cv-00789-DAK-DBP   Document 37   Filed 12/24/25   PageID.278   Page 2 of 2