Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Annette S. Vernieri,<br><br>    Plaintiff,<br><br>vs.<br><br>Dyno Nobel Americas, Inc., Dyno Nobel, Inc., and Dyno Nobel Limited,<br><br>    Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>Civil No. 2:25-cv-00789<br><br>Judge Dale A. Kimball<br>Magistrate Judge Dustin B. Pead |

I hereby certify that on December 29, 2025, I caused to be served by email a true and correct copy of DEFENDANT'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES, to:

Annette Vernieri
vernieri.lawsuit@pm.me

Dated this 29th day of December, 2025.

                              HOLLAND & HART LLP

                              /s/ *Sarah M. Perkins*
                              Bryan K. Benard
                              Sarah M. Perkins
                              *Attorneys for Defendants Dyno Nobel, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I have caused to be presented the foregoing CERTIFICATE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email address:

Annette Vernieri
vernieri.lawsuit@pm.me

/s/     *Sarah M. Perkins*

36607253_v1