# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>    Plaintiff,<br><br>vs.<br><br>DYNO NOBEL AMERICAS, INC., DYNO NOBEL, INC., AND DYNO NOBEL LIMITED,<br><br>    Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISCOVERY REQUESTS**<br><br>Civil No. 2:25-cv-00789-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Based on Defendant's Motion for Extension of Time to Respond to Motion For Leave to File First Amended Complaint and Discovery Requests and good cause appearing, the Motion is GRANTED (ECF No. 30). Defendant Dyno Nobel, Inc.'s response to Plaintiff's Motion for Leave to File First Amended Complaint is due January 12, 2026 and the responses to Plaintiff's First Set of Interrogatories to Defendant Dyno Nobel, Inc. is due January 21, 2026.

DATED this 30th day of December, 2025.

BY THE COURT:

_____
Dustin B. Pead, U.S. Magistrate Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, I caused the foregoing **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISCOVERY REQUESTS** caused to be filed via the CM/ECF electronic filing system which will send notification of such filing to the following email address:

    Annette Vernieri
    vernieri.lawsuit@pm.me

                                        */s/ Bryan Benard*

36649561_v1