
| | |
|---|---|
| Annette S. Vernieri<br><br>Draper, Utah 84020<br>Email: vernieri.lawsuit@pm.me<br>Pro Se Plaintiff | **UNITED STATES DISTRICT COURT DISTRICT OF UTAH**<br><br>Annette S. Vernieri,<br>Plaintiff,<br><br>vs.<br><br>Dyno Nobel Americas, Dyno Nobel Inc. and Dyno Nobel Limited,<br>Defendants.<br><br>Case No.: 2:25-cv-00789-DAK-DBP<br>Hon. Judge Dale A. Kimball<br><br>Chief Magistrate Judge: Dustin B. Pead |

**PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND PLAINTIFF'S AMENDMENT DEADLINE**

Plaintiff Annette S. Vernieri, proceeding pro se, respectfully moves the Court to modify the current Scheduling Order to extend Plaintiff's deadline to amend pleadings from January 9, 2026, to January 23, 2026, to maintain parity with Defendants' recently extended deadlines and prevent prejudice resulting from delayed disclosures and discovery responses.

## I. RELEVANT FACTS AND PROCEDURAL BACKGROUND

1. On December 30, 2025, the Court entered an **Order (ECF No. 40)** granting Defendants' *Motion for Extension of Time (ECF No. 35)*. The Order extended Defendants' time to:

   - Respond to Plaintiff's *Motion for Leave to File First Amended Complaint* to **January 12, 2026**, and
   - Respond to Plaintiff's *First Set of Interrogatories* to **January 21, 2026**.

2. Defendants' extensions were granted following a period of delayed disclosure and supplementation under **Fed. R. Civ. P. 26(a)(1)(A)(iv)**, including insurance-related materials that remain critical to Plaintiff's ability to evaluate amendment scope and party identification.

3. Plaintiff's own deadline to amend pleadings under the current Scheduling Order remains **January 9, 2026**, which now precedes Defendants' newly extended deadlines.
4. Without modification, Plaintiff risks prejudice and procedural disadvantage by being required to finalize any amendment **before** Defendants complete their extended disclosure and response obligations.

### II.     REQUEST FOR MODIFICATION

Pursuant to **Fed. R. Civ. P. 16(b)(4)**, Plaintiff respectfully requests that the Court **extend Plaintiff's amendment deadline to January 23, 2026** to preserve balance between the parties' procedural rights and maintain fairness in light of the extensions granted to Defendants.

This request is made in good faith, without intent to delay proceedings, and solely to ensure that Plaintiff may evaluate her amendment and discovery strategy based on a complete record.

### III.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order modifying the current Scheduling Order as follows:

"Plaintiff's deadline to amend pleadings shall be extended to January 23, 2026."

Such modification will maintain procedural fairness, ensure judicial efficiency, and reflect the timeline adjustments already granted to Defendants under ECF No. 40.

Respectfully submitted,

Executed on January 2, 2026 in Draper, Utah.


/s/ Annette S. Vernieri

Annette S. Vernieri
Pro Se Plaintiff

**PLAINTIFF'S CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I filed the foregoing Plaintiff's Motion to Modify Scheduling Order to Extend Plaintiff's Amendment Deadline with the Clerk of Court for the U.S. District Court, District of Utah, on Defense counsel of record via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1.

Bryan K. Benard – BBenard@hollandhart.com
Sarah M. Perkins – SMPerkins@hollandhart.com
Counsel for Defendants


Respectfully submitted,

Annette S. Vernieri
Pro Se Plaintiff
Executed on January 2, 2026 in Draper, Utah.

        /s/ Annette S. Vernieri

        Annette S. Vernieri
        Pro Se Plaintiff