Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>        Plaintiff,<br><br>vs.<br><br>DYNO NOBEL AMERICAS, INC., DYNO NOBEL, INC., AND DYNO NOBEL LIMITED,<br><br>        Defendants. | **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**<br><br>Civil No. 2:25-cv-00789<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Defendant Dyno Nobel, Inc., by and through counsel of record, submits this

response to Plaintiff's motion to modify the scheduling order (the "Motion") seeking to

extend Plaintiff's deadline to amend pleadings from January 9, 2026 to January 23, 2026.

While Rule 16(b)(4) of the Federal Rules of Civil Procedure requires a motion to

be filed, Plaintiff did not meet and confer with Defendant's counsel prior to filing the

Motion nor request that Defendant stipulate to the modification. As a result, Defendant

and Defendant's counsel were not given the opportunity to agree to a stipulated motion or discuss the matters with Plaintiff but note that Defendant likely would have agreed to a stipulated motion in compliance with the Utah Standards of Professionalism and Civility.

Defendant notes, however, that Plaintiff already has a pending Motion for Leave to File First Amended Complaint before the Court. Plaintiff fails to outline any reason, other than wanting "parity" with Defendants' response deadlines to that motion and to interrogatories, for why such modification or extended pleading amendment deadline is actually necessary. Plaintiff has not indicated that she is likely to further amend at this point—and if she does, it would create significant waste of judicial resources to address the pending Motion for Leave to File First Amended Complaint and then Plaintiff's second Motion for Leave to File a Second Amended Complaint just days later (presumably by January 23, 2026).

Defendant suggests that if the Court grants this extension for amending of the pleadings, which Defendant essentially does not oppose, that it also instruct Plaintiff to withdraw the present Motion for Leave to File First Amended Complaint and consolidate her proposed amendment into one pleading and one motion—and file the same by January 23, 2026. Then Defendant would file one response to such consolidated motion and proposed amended pleading. This would greatly preserve Court and party resources. Having Plaintiff file two motions over proposed amendments, and requiring Defendant to

respond to both, where the first may then be moot anyway, does not create efficiency or

procedurally move the case forward effectively for the Court or parties.

Respectfully submitted this 7th day of January, 2026.

HOLLAND & HART LLP

*/s/ Sarah M. Perkins*
Bryan K. Benard
Sarah M. Perkins
*Attorneys for Defendants Dyno Nobel, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I caused the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER** to be filed via the CM/ECF electronic filing system which will send notification of such filing to the following email address:

Annette Vernieri
vernieri.lawsuit@pm.me

*/s/ Sarah M. Perkins*

36719407_v1