Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>   Plaintiff,<br><br>vs.<br><br>DYNO NOBEL AMERICAS, INC., DYNO NOBEL, INC., AND DYNO NOBEL LIMITED,<br><br>   Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Civil No. 2:25-cv-00789-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Based on Defendant's Motion for Extension of Time to Respond to Motion For

Leave to File First Amended Complaint and good cause appearing, the Motion is

GRANTED. Defendant Dyno Nobel, Inc.'s response to Plaintiff's current Motion for

Leave to File First Amended Complaint, if such motion is not withdrawn by Plaintiff, is

extended to January 30, 2026, seven (7) days after Plaintiff's deadline to amend her pleadings expires.

DATED this 12th day of January, 2026.

BY THE COURT:

_____
Dustin B. Pead, U.S. Magistrate Judge