# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>    Plaintiff,<br><br>vs.<br><br>DYNO NOBEL AMERICAS, INC., DYNO NOBEL, INC., AND DYNO NOBEL LIMITED,<br><br>    Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Civil No. 2:25-cv-00789-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Based on Defendant's Motion for Extension of Time to Respond to Motion For Leave to File First Amended Complaint and good cause appearing, the Motion is GRANTED (ECF No. 45). Defendant Dyno Nobel, Inc.'s response to Plaintiff's current Motion for Leave to File First Amended Complaint, if such motion is not withdrawn by Plaintiff, is extended to **January 30, 2026**, seven (7) days after Plaintiff's deadline to amend her pleadings expires.

DATED this 13th day of January, 2026.

BY THE COURT:

_____
Dustin B. Pead, U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I caused the foregoing **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** to be filed via the CM/ECF electronic filing system which will send notification of such filing to the following email address:

>Annette Vernieri
>vernieri.lawsuit@pm.me

>>*/s/ Bryan Benard*

36758608_v1