| | |
|---|---|
| Annette S. Vernieri<br>14350 S. Lapis Drive<br>Draper, Utah 84020<br>Email: vernieri.lawsuit@pm.me<br>Pro Se Plaintiff | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF UTAH**<br><br>Annette S. Vernieri,<br>Plaintiff,<br><br>vs.<br><br>Dyno Nobel Americas, Dyno Nobel Inc. and Dyno Nobel Limited,<br>Defendants.<br><br>Case No.: 2:25-cv-00789-DAK-DBP<br><br>District Judge Dale A. Kimball<br>Chief Magistrate Judge: Dustin B. Pead |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

I certify that on **January 16, 2026**, I served the foregoing *Plaintiff's Supplemental Initial Disclosures, Exhibit Q – List of Comparators*, *and Exhibit R – Meet and Confer email deficiencies of Initial and Insurance Disclosres* on counsel of record via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and DUCivR 5-1.

Bryan K. Benard – BBenard@hollandhart.com
Sarah M. Perkins – SMPerkins@hollandhart.com
Counsel for Defendants


Respectfully submitted,

Annette S. Vernieri
Pro Se Plaintiff
Executed on **January 16, 2026**, in Draper, Utah.

                    /s/ Annette S. Vernieri

                    Annette S. Vernieri
                    Pro Se Plaintiff