## **Exhibit Q:**

Plaintiff alleges were similarly situated comparators:

**Rochelle Rushlow,**

**Elsa Wang,**

**Alex Fidone,**

**Nikia Bradford,**

**Candace Barrera,**

**Abigail Lillo,**

**Joshua Besser,**

**Cedar Kelly,**

**Mike Green,**

**Lindsay Finkbiner,**

**Denise Stoddard,**

**Hristo Gagnov,**

**Bruce Madsen,**

**Paul Bergstrom,**

**Nathan Deppe**

**and Lorraine McLellan-Dukette**