> Insurance

# Insurance

 🔍 ☰

## Coltivi Insurance Pte. Ltd.

**Coltivi Insurance Pte. Ltd. (the "company", Registration No. 200713482M) is incorporated in Singapore with its principal place of business and registered office at 8 Marina View, #09-05, Asia Square Tower 1, Singapore 018960.**

The principal activities of the company are those of a captive insurance company licensed under the Insurance Act 1966 to carry on general insurance business. The company underwrites the risks of its parent and related companies as defined under sections 5 and 6 of the Singapore Companies Act 1967 and such other risks as the Monetary Authority of Singapore ("MAS") may allow.

There have been no significant changes in the nature of these activities during the financial year. The immediate and ultimate parent company is Dyno Nobel Limited a company incorporated in Australia. Related companies in these financial statements refer to members of the Dyno Nobel group of companies.

As the Company has engaged Marsh Management Services Singapore Pte Ltd as its captive manager, no personnel are employed by the Company.



▶

# Call

**Australia Emergency Hotline**

 **1800 033 111**

**Head Office Melbourne**

 **+61 3 8695 4400**

About

Sustainability

Products & Services

Resource Centre

Media

Careers

Contact Us

Americas

Asia Pacific

Canada

Latin America

© Copyright 2025 Dyno Nobel Pty Ltd. All rights reserved.

Terms of Use Privacy Policy Disclaimer Your Privacy Choices