Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>  Plaintiff,<br><br>vs.<br><br>DYNO NOBEL AMERICAS, INC., DYNO NOBEL, INC., AND DYNO NOBEL LIMITED,<br><br>  Defendants. | **DEFENDANT DYNO NOBEL, INC.'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INITIAL DISCLOSURES AND INSURANCE COVERAGE AND FOR SANCTIONS UNDER RULE 37**<br><br>Civil No. 2:25-cv-00789<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 37-1, Defendant Dyno Nobel, Inc. submits this Response and Objection to Plaintiff's Motion to Compel Disclosure of Initial Disclosures and Insurance Coverage and for Sanctions Under Rule 37 ("Motion").

I.     **LEGAL STANDARD AND ARGUMENT**

Plaintiff's Motion fails to comply with DUCivR 37-1 as it contains 1,181 words, exclusive of caption and signature block, and includes improper exhibits. While Plaintiff is representing herself, she continues to avail herself of the court system with multiple filings. Defendant believes that the Court has already appropriately directed Plaintiff to comply with the applicable rules and standards. Her Motion, however, is significantly non-compliant.

Pursuant to DUCivR 1-1(a), the DUCivR "govern all civil proceedings in this district." DUCivR 37-1 governs all Discovery Disputes and mandates that Plaintiff follow the Short Form Discovery Motion process. DUCivR 37-1(b)(1) limits such motions to 500 words. DUCivR 37-1(b)(2)(B) also limits exhibits to the "disputed discovery request and response."

Plaintiff's Motion fails both provisions. The Motion is more than double the permitted length at 1,181 words. While one of the exhibits includes meet and confer correspondence, she has submitted three irrelevant and improper exhibits related to a purported "comparator list," an insurance website, and a workers' compensation matter and correspondence from Plaintiff. These Exhibits Q, S, and T are outside the actual discovery request and response.

While Defendant believes it will prevail in opposing the substance of the Motion, it would be unfair and prejudicial to Defendant to oppose the improper Motion in 500 words when Plaintiff used double that amount and then included improper exhibits.

Defendant simply cannot fairly respond to a non-compliant Motion within the proper confines of DUCivR 37-1. Instead, Plaintiff should be required to comply with the rule in order to better streamline resolution of the dispute as contemplated by DUCivR 37-1.

## II.     RELIEF REQUESTED

Defendant requests that the Court (a) Reject the filing of Plaintiff's Motion for failure to comply with DUCivR 37-1(b)(1); (b) Order Plaintiff to withdraw and resubmit a DUCivR 37-1 compliant Motion and extend Defendant's time to respond until a compliant motion is filed; and (c) Sanction Plaintiff under DUCivR 1-2 for her failure to comply with the rules, requiring Defendant to expend unnecessary legal fees in responding to the improper Motion. If the Court does not reject or require Plaintiff to resubmit a compliant Motion, Defendant requests that the Court grant five business days to file a response and allow Defendant an equivalent word count to respond.

Respectfully submitted this 23rd day of January, 2026.

>HOLLAND & HART LLP
>
>*/s/ Bryan Benard*
>Bryan K. Benard
>Sarah M. Perkins
>*Attorneys for Defendants Dyno Nobel, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I caused the foregoing **DEFENDANT DYNO NOBEL, INC.'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INITIAL DISCLOSURES AND INSURANCE COVERAGE AND FOR SANCTIONS UNDER RULE 37** to be filed via the cm/ecf electronic filing system which will send notification of such filing to the following email address:

> Annette Vernieri
> vernieri.lawsuit@pm.me

*/s/ Bryan Benard*

36866351_v1