# EXHIBIT A

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

Dyno Nobel Limited, Level 8, 28 Freshwater Place, Southbank VIC 3006, Australia

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Clerk of Court
U.S. District Court, District of Utah
Orrin G. Hatch United States Courthouse
351 S. West Temple, Room 1.100
Salt Lake City, UT 84101  USA

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Annette Vernieri<br>14350 S Lapis Dr<br>Draper, UT 84020<br>USA |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Plaintiff: Annette Vernieri, address above<br>Defendant: Dyno Nobel Limited, Level 8, 28 Freshwater Place, Southbank VIC 3006, Australia |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Summons and Complaint in a civil employment discrimination lawsuit filed in U.S. District Court, District of Utah. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Civil rights employment case alleging discrimination, retaliation, and violations of Title VII, ADA, and ADEA. Estimated damages sought exceed $7,100,000. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 60 days of service, U.S. District Court, District of Utah, Orrin G. Hatch Courthouse, 351 S. West Temple, Room 1.100, Salt Lake City, UT 84101. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A (case is pending). |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 60 days from service to answer or otherwise respond. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

# USM-94 REQUEST FOR SERVICE ABROAD
(Hague Service Convention)

## I. Requesting Authority
Annette Vernieri (Pro Se Plaintiff)
14350 S Lapis Dr, Draper, UT 84020, USA
Tel: 702-328-2081   Email: vernieri.lawsuit@pm.me

## II. Central Authority of Receiving State (Australia)
Attorney-General's Department – International Civil Procedure
Robert Garran Offices, National Circuit, Barton ACT 2600, Australia

## III. Identity of Parties
Plaintiff: Annette Vernieri
Defendant: Dyno Nobel Limited
Address: Level 8, 28 Freshwater Place, Southbank VIC 3006, Australia

## IV. Documents to be Served
Summons in a Civil Action (AO 440, issued Sept 10, 2025)
Complaint (stamped, Case No. 2:25-cv-00789-DBP)
Language: English (translation not required in Australia)

## V. Method of Service Requested
[X] Personal service by competent authority
[X] Delivery to judicial officer or authorized official under Australian law

## VI. Return of Documents
Certificate of Service to be returned to:
Annette Vernieri
14350 S Lapis Dr, Draper, UT 84020, USA

## VII. Signature of Requesting Authority
_____
Signature: Annette Vernieri (Pro Se Plaintiff)
Date: 09/12/2025

*Note: Submit this form with 3 copies of the Complaint and Summons to DOJ OIJA, 1100 L Street, NW, Room 8102, Washington, DC 20005.*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Annette S. Vernieri<br><br>Plaintiff(s)<br>v.<br>Dyno Nobel Limited<br><br>Defendant(s) | Civil Action No.<br><br>2:25-cv-00789-DBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dyno Nobel Limited
Level 8, 28 Freshwater Place,
Southbank Vic 3006, Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Annette Vernieri,
14350 S Lapis Dr,
Draper, UT 84020
Phone: 702-328-2081
Email: vernieri.lawsuit@pm.me

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
CLERK OF COURT

Date: 09/10/2025

Signature of Clerk or Deputy Clerk

FILED
2025 SEP 10 PM 2:37
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

Annette S. Vernieri,
Plaintiff,

v.

Dyno Nobel Americas, Inc., Dyno Nobel Inc., and Dyno Nobel Limited,
Defendants.

Case No: [To be assigned]
Judge: [To be assigned]

Case: 2:25-cv-00789
Assigned To : Pead, Dustin B.
Assign. Date : 9/10/2025
Description: Vernieri v. Dyno Nobel Americas

## COMPLAINT AND JURY DEMAND

## I. INTRODUCTION

This is a civil action brought by Plaintiff Annette S. Vernieri, a former employee of Dyno Nobel, for violations of federal anti-discrimination laws. Plaintiff alleges that Dyno Nobel discriminated against her on the basis of disability, age, race, and national origin; failed to accommodate her known disabilities; subjected her to a hostile work environment; and retaliated against her for engaging in protected activities, including filing a charge with the Equal Employment Opportunity Commission (EEOC). Plaintiff further alleges violations of the Older Workers Benefit Protection Act (OWBPA) and additional unlawful and retaliatory employment practices.

## II. NATURE OF THE ACTION

This action arises under:

- Title VII of the Civil Rights Act of 1964 (race, national origin, retaliation);
- The Americans with Disabilities Act (ADA);
- The Age Discrimination in Employment Act (ADEA);
- The Older Workers Benefit Protection Act (OWBPA).

Plaintiff seeks all available legal and equitable relief including but not limited to back pay, front pay, compensatory damages, punitive damages, reimbursement of quantifiable out-of-pocket losses, pre- and post-judgment interest, injunctive relief, and declaratory judgment.

## III. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331, 42 U.S.C. § 2000e-5(f), 42 U.S.C. § 12117(a), and 29 U.S.C. § 626(c)(1).

Venue is proper in this District under 28 U.S.C. § 1391 because the events giving rise to the claims occurred in Utah, and Defendants conduct business in this District.

## IV. PARTIES

Plaintiff Annette S. Vernieri is a resident of Draper, Utah. She was employed by Defendants as a Finance Analyst from September 19, 2022, until her termination on February 10, 2025.

Defendant Dyno Nobel Americas, Inc. is a business entity with offices in Salt Lake City, Utah.

Defendant Dyno Nobel Inc. is the U.S.-based corporate entity affiliated with Dyno Nobel Americas.

Defendant Dyno Nobel Limited is a foreign parent company that exercised control over employment practices affecting Plaintiff.

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff timely filed EEOC Charge No. 540-2024-04999 alleging discrimination and retaliation, asserting claims of discrimination and retaliation based on disability, age, and national origin, as well as a hostile work environment.

The EEOC issued a Dismissal and Notice of Rights dated July 14, 2025, which Plaintiff received on July 15, 2025.

This civil action is being filed within 90 days of Plaintiff's receipt of the EEOC's Notice of Right to Sue and is therefore timely.

Plaintiff has exhausted all administrative remedies as required by law.

## VI. FACTUAL ALLEGATIONS

1. Plaintiff was employed as a Finance Analyst and performed her duties throughout her tenure.
2. Plaintiff has been formally diagnosed with Attention-Deficit/Hyperactivity Disorder (ADHD), Specific Learning Disorders, Generalized Anxiety Disorder, Autism Spectrum Disorder, and Major Depressive Disorder.
3. In March 2024, Plaintiff disclosed her disabilities to Defendants and submitted accommodation requests, supported by a licensed medical professional.

4. Requested accommodations included remote work, flexible hours, training checklists, distraction-reduced workspace, mentorship, and lighting modifications.
5. Defendants delayed or denied implementation of accommodations and failed to engage in the interactive process.
6. Plaintiff was reassigned to a physically segregated workspace with other employees known to have disabilities.
7. This segregation and professional isolation contributed to a hostile work environment and hindered Plaintiff's performance and growth.
8. Performance reviews became increasingly negative after Plaintiff's accommodation requests, signaling retaliation.
9. Defendants delayed reimbursement for pre-approved tuition and other incurred business-related expenses.
10. Plaintiff's attempts to raise concerns with HR or leadership were obstructed or disregarded, preventing her from filing further internal grievances.
11. In July 2023, Plaintiff objected to "Hawaiian Shirt Day," explaining it perpetuated culturally offensive stereotypes. Despite her objections, the event proceeded, and Plaintiff was messaged by her direct manager about missing "Mo' Bettahs," a themed meal she found derogatory.
12. In August 2023, a coworker whom Plaintiff had never met remarked that Plaintiff must be "at least half Asian so [she] should be good at math."
13. Plaintiff reported these racially insensitive and cultural bias incidents to Human Resources.
14. In February 2025, Plaintiff was presented with a severance agreement referencing "Exhibit A," a required OWBPA disclosure, which was never provided.
15. Plaintiff was over 40 years old at the time of her termination.
16. Richard "Rick" Orrin Roth, acting as Plaintiff's direct manager, and interim Chief Financial Officer, made an unsolicited inquiry about Plaintiff's age during her employment.
17. On February 10, 2025, Plaintiff's accommodations were denied, and she was terminated approximately one hour before her scheduled EEOC intake interview.
18. Dyno Nobel acted with deliberate indifference to Plaintiff's rights.
19. On August 27, 2025, Plaintiff sent a formal demand letter. Defendants responded with a nominal offer.
20. As a result of these actions, Plaintiff experienced significant emotional and psychological distress, including anxiety, depression, loss of self-esteem, economic and financial harm and reputational damage.

## VII. CLAIMS FOR RELIEF

### Count I: Disability Discrimination (ADA)
Defendants discriminated by failing to accommodate Plaintiff, isolating her, and terminating her because of her disabilities.

### Count II: Failure to Accommodate (ADA)
Defendants failed to engage in the interactive process or provide timely and reasonable accommodations.

### Count III: Retaliation (ADA, Title VII, ADEA)
Defendants retaliated against Plaintiff for exercising protected rights, culminating in termination on the day of her EEOC interview.

### Count IV: Age Discrimination (ADEA)
Plaintiff was over 40 and terminated without proper OWBPA disclosures. Age-related comments support the inference of age-based discrimination.

### Count V: Hostile Work Environment (ADA, Title VII, ADEA)
Plaintiff endured discriminatory and isolating conditions related to disability, age, race, and national origin.

### Count VI: Race and National Origin Discrimination (Title VII)
Plaintiff was subjected to stereotypes and culturally offensive treatment based on her Asian/Pacific Islander background.

## VIII. DAMAGES AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment against Defendants and award the following relief:

A lump sum award representing back pay, lost wages, and benefits from the date of termination to present;

Front pay in lieu of reinstatement to account for future lost earnings;

Compensatory damages for emotional trauma, psychological suffering, mental anguish, anxiety, depression, reputational harm, and other non-economic losses directly resulting from Defendants' unlawful actions;

Punitive damages for Defendants' willful, malicious and reckless disregard of Plaintiff's federally protected rights;

Reimbursement of out-of-pocket expenses, including tuition reimbursement, unreimbursed work-related purchases, therapy costs, health insurance premiums, and legal filing expenses; incurred as a result of Defendants' conduct;

Pre- and post-judgment interest as allowed by law;

Reasonable attorneys' fees and costs of suit; and

Such other legal and equitable relief as the Court deems just and proper, including, but not limited to, expungement of retaliatory records and issuance of a neutral or positive reference.

Declare that the conduct of Defendants violated Plaintiff's rights under federal law.

Any further relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: September 10, 2025

**Respectfully submitted,**

/s/ Annette Vernieri
Annette Vernieri
14350 S Lapis Dr
Draper, UT 84020
(702) 328-2081
vernieri.lawsuit@pm.me



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/14/2025

To: Annette Vernieri
14350 S Lapis Dr
Draper, UT 84020

Charge No: 540-2024-04999

EEOC Representative and email:   Jeremy Yubeta
Enforcement Manager
jeremy.yubeta@eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination. The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal**. You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2024-04999

On behalf of the Commission,

Melinda Caraballo
District Director

Cc:
Kelly Carter
Dyno Nobel Americas
6440 Millrock Dr 150
SALT LAKE CITY, UT 84121

NA NA
6440 Millrock Dr 150
SALT LAKE CITY, UT 84121

Bryan Benard
Holland & Hart
222 S. Main Street, #2200
Salt Lake City, UT 84101

Please retain this Notice for your records.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Annette S. Vernieri

**(b)** County of Residence of First Listed Plaintiff: **Salt Lake County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se
Address: 14350 S Lapis Dr. Draper, UT 84020
Phone: 702-328-2081 Email: vernieri_lawsuit@pm.me

## DEFENDANTS
Dyno Nobel Americas, Inc.; Dyno Nobel Inc.; Dyno Nobel Limited

County of Residence of First Listed Defendant: **Salt Lake County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Case: 2:25-cv-00789
Assigned To : Pead, Dustin B.
Assign. Date : 9/10/2025

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

[citizenship table not filled]

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS**
☒ 442 Employment

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S. Civil Statute: 42 U.S.C. § 2000e (Title VII), 42 U.S.C. § 12101 (ADA), 29 U.S.C. § 621 (ADEA)
Brief description of cause:
Employment discrimination, failure to accommodate, retaliation, age discrimination, hostile work environment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE:
DOCKET NUMBER:

DATE: 09/10/2025
SIGNATURE OF ATTORNEY OF RECORD: [signature]
PRO SE PLAINTIFF

FOR OFFICE USE ONLY

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | _____ |
| — at (place, street, number):<br>à (localité, rue, numéro) : | _____ |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) **in accordance with the following particular method***:
selon la forme particulière suivante* :
_____

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | _____ |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

_____

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes*** / *Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | _____ |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à _____ ,<br><br>**The** / le _____ | **Signature and/or stamp**<br>Signature et / ou cachet |

Permanent Bureau September 2011

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Annette Vernieri (Pro Se Plaintiff)<br>14350 S Lapis Dr<br>Draper, UT 84020<br>USA<br>Tel: 702-328-2081<br>Email: vernieri.lawsuit@pm.me | Attorney-General's Department – International Civil Procedure<br>Robert Garran Offices<br>National Circuit<br>Barton ACT 2600<br>Australia |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

Dyno Nobel Limited
Level 8, 28 Freshwater Place
Southbank VIC 3006
Australia

| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☑ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Summons in a Civil Action (AO 440), Case No. 2:25-cv-00789-DBP
- Complaint (Stamped Copy)

\* if appropriate / s'il y a lieu

**Done at** / Fait à ___DRAPER, UTAH, USA___

**The** / le ___09/2/2025___

**Signature and/or stamp**
Signature et / ou cachet

*[signature]*

Annette Vernieri (Pro Se Plaintiff)