Civil Action No. 2:25-cv-00789-DAK-DBP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
2026 FEB 4 AM 8:05
CLERK
U.S. DISTRICT COURT

This summons for *(name of individual and title, if any)* Dyno Nobel Limited
was received by me on *(date)* 02/03/2026 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service was effected pursuant to the Hague Service Convention through the Supreme Court of Victoria which certified successful service on Dyno Nobel Limited on November 24, 2025. Refer to Exhibit U for Case 2:25-cv-00789-DAK-DBP for successful confirmation of service by Australian Government - Attorney General Department, Supreme Court of Victoria.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/03/2026

/s/ Annette S. Vernieri
*Server's signature*

Annette Vernieri
*Printed name and title*

14350 South Lapis Drive
Draper, UT 84020

*Server's address*

Additional information regarding attempted service, etc:

Plaintiff files the attached Hague Convention Certificate of Service as proof of service pursuant to Fed. R. Civ. P. 4(f)(1) and 4(l)(2).

See attached, Exhibit U; Hague Convention Certificate of Service.