**Exhibit U**

**Australian Government**

**Attorney-General's Department**

25/26164

14 January 2026

Annette Vernieri
14350 S Lapis Dr
Draper, UT 84020
USA

Dear Sir/Madam

**Request for service of documents in Australia – Dyno Nobel Limited**

We refer to your request for the service of documents on Dyno Nobel Limited in Australia made pursuant to the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*

We wish to advise that service was **successful.**

Please find enclosed documents confirming **service** in this matter.

Also enclosed is an invoice for fees incurred for this attempted service/service, payable immediately. Grateful if you would make payment of the fees in accordance with the letter from the forwarding jurisdiction. Please also consider any international bank transfer fees or handling charges that may be deducted from the amount sought. If there are any additional fees to be paid, please make sure they are included in addition to the amount sought.

Thank you for your assistance in this matter. If you have any questions, please contact me on the details below.

Yours sincerely

Aisha Izekor
Private International Law Section
Email: pil@ag.gov.au

**Civil Registry**
**Supreme Court of Victoria**
210 William Street
Melbourne Victoria 3000
T: 03 8600 2003
W: supremecourt.vic.gov.au



2 January 2026

Reference: SCFS-IS-**25-280**

Attorney General Department
Robert Garran Offices
3-5 National Circuit
BARTON ACT 2600

Dear Sir/Madam,

**Re:**    **Service of Foreign Process upon Dyno Nobel Limited**

On behalf of the Supreme Court of Victoria, the Sheriff's Office has successfully effected service of foreign process, pursuant to the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, November 15, 1965,* upon:

**Dyno Nobel Limited**
**Level 8, Freshwater Place,**
**Southbank, VIC, 3006**

I enclose the certificate of service, affidavit of service, exhibiting the letter of request and documents served.

Please refer to the letter from the Sheriff's Office regarding payment.

If you have any enquiries please contact the Foreign Service team at the email address below.

Yours sincerely,

**Meri Dunimagloska**
Foreign Service Clerk
**Supreme Court of Victoria**
Civil@supcourt.vic.gov.au

## PART 2—CERTIFICATE
### Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at The Hague on 15 November 1965

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention:

1.      that the documents listed in Part 1 have been served on **24 November 2025** at **Level 8, 28 Freshwater Place, southbank, VIC, 3006** in one of the following methods authorised by Article 5:

    (a)     in accordance with the provisions of subparagraph (a) of the first paragraph of the Article 5 of the Convention.

    and

    (c)     by delivery to the addressee, who accepted it voluntarily

The document referred to in the request has been delivered to:

**Dyno Nobel Limited**
**Level 8, Freshwater Place,**
**Southbank, VIC, 3006**

In conformity with the second paragraph of Article 12 of the Convention, the forwarding authority is requested to pay or reimburse the expenses detailed in the attached statement.

**Annexes**

- A copy of the Request for Service.
- The original documents received with said Request for Service.
- Affidavit of Service.

Done at Melbourne, Victoria, Australia,
2 January 2026

Signed: _____

Deputy Prothonotary
Supreme Court of Victoria



# Sheriff's Office Victoria

Department of Justice and Regulation
PO Box 14486
Melbourne Victoria 8001
DX390232
fines.vic.gov.au

Our Ref:  W25017387570

8 December 2025

The Prothonotary
Supreme Court
Level 2, 436 Lonsdale Street
MELBOURNE  VIC  3000

Dear Sir

RE:    **SERVICE OF JUDICIAL DOCUMENTS ISSUED FROM THE United States District Court, District of Utah, United States of America, UPON Dyno Nobel Limited, OF Level 8, Freshwater Place Southbank, VICTORIA, 3006, AUSTRALIA.**

Service of the documents herein has been effected, and I now return the official file, together with the original documents including Affidavit of Service.

Total Cost of Service was $ 32.00          made up as follows:

| | |
|---|---|
| Service Fee | $ 18.00 |
| Affidavit | $ 14.00 |
| **TOTAL** | $ 32.00 |

Please arrange for payment of the total cost of service by bank draft or direct debit.  Refer over page for Foreign Service payment options.

If you require any further information, please do not hesitate to telephone Civil Support on (03) 9200 8108.

Yours faithfully

RM 2646

Grant Taylor
Regional Manager
North West Metropolitan Area

FORM: FS-SL CV | v.01 | 11.15

VICTORIA
State
Government

# Foreign Service Payment Options

## 1. To pay by Bank Draft

The bank draft must be in Australian dollars and drawn on a bank in Australia.

The bank draft should be forwarded to the Accountant, Sheriff's Office, PO Box 14486, Melbourne City Mail Centre 8001, Victoria, Australia quoting our reference number W25017387570.

## 2. To pay by Direct Debit

To pay by direct debit, transfer the total cost of service to the following account, quoting our reference number W25017387570.

| | |
|---|---|
| Financial Institution: | Westpac Banking Corporation, Victorian Government |
| BSB: | 033-222 |
| Account Number: | 101502 |
| Account Name: | EM Revenue Account |
| Routing/IBAN: | 033-222 |
| SWIFT: | WPACAU2S |

Note:  Our reference W25017387570, must be recorded on the transaction to ensure your payment is processed.

FORM: FS-SL CV | v.01 | 11.15



**AFFIDAVIT OF SERVICE**
**Foreign Service**

**IN THE SUPREME COURT**
**OF VICTORIA**
**AT MELBOURNE**

Re:    Service of judicial documents issued by United States District Court, District of Utah, United States of America upon Dyno Nobel Limited of Level 8, 28 Freshwater Place, Southbank, Victoria, 3006, Australia.

I, Michael Di Qual, of Level 6, 50 Franklin Street, Melbourne, Sheriff's officer of the Supreme Court of Victoria, Australia make oath and say:

1. On Monday the 24th of November 2025 at 3:08 pm in the afternoon, I attended the address of Level 8, 28 Freshwater Place, Southbank , Victoria, 3006, Australia.

2. I spoke to a person who identified themselves as Anthony Hong, Vice President of Legal of Dyno Nobel Limited and authorised officer to accept legal documents.

3. I then produced to Anthony Hong for their perusal the judicial documents herein.

4. I, the deponent, then said to Anthony Hong "Are you an authorised representative of the company named in these judicial documents?".

5. The said Anthony Hong replied "yeah." I then personally served the said Anthony Hong with a copy of the judicial documents.

6. Now produced and shown to me at the time of swearing this Affidavit are the original judicial documents referred to in paragraph 3 hereof.

The contents of this affidavit are true and correct and I make it knowing that a person making a false affidavit may be prosecuted for the offence of perjury.

Sworn at Melbourne in Victoria this 25th day of November 2025.

Signature of
deponent:
_____    Before me: _____

On: 25/11/25

Graeme Barton
Sergeant
Sheriff's Office Victoria
Department of Justice and Community Safety
Level 23, 311 Spencer Street Melbourne VIC 3008

Holder of a classification in the Victorian Public Service prescribed as a
classification authorised to witness statutory declarations and affidavits
under Section 19(1)(q) of the *Oaths and Affirmations Act 2018*

A person authorised under section 19(1)
of the *Oaths and Affirmations Act 2018* to
take an affidavit.



**Civil Registry**
**Supreme Court of Victoria**
450 Little Bourke St
Melbourne Victoria 3000
T: 03 8600 2003
W: supremecourt.vic.gov.au

24 October 2025

Reference: SCFS- IS-**25-280**

Sheriff's Office
PO Box 14486
Melbourne VIC 8001

Dear Sir/Madam,

<u>**Re:**</u>    <u>**Service of Foreign Process upon Dyno Nobel Limited**</u>

The Court has received a request from **USA** requesting service of foreign process pursuant to the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, November 15, 1965,* upon:

<u>**Dyno Nobel Limited**</u>
**Level 8**
**28 Freshwater Place**
**Southbank VIC 3006**

The original letter of request and the documents to be served are enclosed.

Once service has been effected, please provide the Court with an affidavit of service, exhibiting the original documents and a statement of the Sheriff's costs for service.

If you have any queries, please contact the Foreign Service team at the email address below.

Yours sincerely,

**Joanne Moisiadis**
Foreign Service Clerk
**Supreme Court of Victoria**
civil@supcourt.vic.gov.au

RECEIVED 2 9 OCT 2025

6·11·25 - CWAT  QA·CS2583
19/11/25 - Rec'd FS at Melb JSC/team / G·B·2371



**Australian Government**

**Attorney-General's Department**

25/26164

08 October 2025

Foreign Service Desk
Supreme Court of Victoria
450 Little Bourke Street
MELBOURNE VIC 3000

Dear Sir/Madam

**Request for the service of documents – Dyno Nobel Limited**

Please find enclosed a request for assistance in the service of documents on Dyno Nobel Limited.

The request was made pursuant to the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters*

We request that you arrange for the service of the enclosed documents and advise us in due course of the outcome. We also request that you provide us with a certificate or other evidence that service has been effected or attempted.

Thank you for your assistance in this matter. If you have any questions, please contact me on the details below.

Yours sincerely

Aisha Izekor
Private International Law Section
Email:  pil@ag.gov.au