Bryan K. Benard, #9023
Sarah M. Perkins, #17297
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BBenard@hollandhart.com
SMPerkins@hollandhart.com

*Attorneys for Dyno Nobel, Inc. and Dyno Nobel Limited*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANNETTE S. VERNIERI,<br><br>      Plaintiff,<br><br>vs.<br><br>DYNO NOBEL AMERICAS, INC., DYNO NOBEL, INC., AND DYNO NOBEL LIMITED,<br><br>      Defendants. | **DYNO NOBEL, INC. CORPORATE DISCLOSURE STATEMENT**<br><br>Civil No. 2:25-cv-00789<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

Defendant Dyno Nobel, Inc. ("Dyno Nobel") by and through counsel of record, and for its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure states as follows:

Dyno Nobel, Inc. is a Delaware corporation. Its direct parent company is Dyno Nobel Holdings IV LLC. Its ultimate parent company, through certain holding companies, is Dyno Nobel Limited, a publicly traded Australian corporation.

Respectfully submitted this 6th day of February, 2026.

HOLLAND & HART LLP

*/s/ Sarah M. Perkins*
Bryan K. Benard
Sarah M. Perkins
*Attorneys for Defendants Dyno Nobel, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I caused the foregoing **DYNO NOBEL, INC. CORPORATE DISCLOSURE STATEMENT** to be filed via the CM/ECF electronic filing system which will send notification of such filing to the following email address:

Annette Vernieri
vernieri.lawsuit@pm.me

*/s/ Sarah M. Perkins*

36823263_v1