# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **ANNETTE S. VERNIERI,** | **REPORT & RECOMMENDATION** |
| **Plaintiff,** | |
| | **Case No. 2:25-cv-00789** |
| **v.** | |
| | **District Court Judge Dale A. Kimball** |
| **DYNO NOBLE AMERICAS, INC., DYNO NOBLE INC., and DYNO NOBEL LIMITED,** | **Magistrate Judge Dustin B. Pead** |
| **Defendants.** | |

This case is before the court on a 28 U.S.C. § 636(b)(1)(B) referral from District Court Judge Dale Kimball.[1] On February 12, 2026, this Court issued an Order asking Plaintiff Annette S. Vernieri to show cause as to why Defendant Dyno Noble Americas, Inc. should not be dismissed for failure to effect timely service.[2] On February 16, 2026, Plaintiff provided a response indicating she "does not oppose dismissal without prejudice as to that named Defendant."[3]

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the court RECOMMENDS dismissal of Defendant Dyno Noble Americas, Inc.

The Clerk's Office is DIRECTED to send copies of this Report and Recommendation to all parties who are hereby notified of their right to object.[4] The parties must file any objection to

---

[1] ECF No. 33, Docket Text Order for Reassignment; ECF No. 34, Referral.

[2] ECF No. 60, Order to Show Cause.

[3] ECF No. 61 at 2, Plaintiff's Response to Order to Show Cause.

[4] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

this Report and Recommendation within fourteen (14) days of service. Failure to object may

constitution waiver of the objections upon subsequent review.

DATED:  February 26, 2026.

BY THE COURT:

_____

Dustin B. Pead

U.S. Magistrate Judge