| | |
|---|---|
| Annette S. Vernieri<br>14350 S Lapis Drive<br>Draper, Utah 84020<br>Email: vernieri.lawsuit@pm.me<br>Pro Se Plaintiff | UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH<br><br>Annette S. Vernieri,<br>Plaintiff,<br><span style="color:green">FILED<br>2026 APR 13 AM 8:00<br>CLERK<br>U.S. DISTRICT COURT</span><br><br>vs.<br><br>Dyno Nobel Inc.,<br>Defendants.<br><br>Case No.: 2:25-cv-00789-DAK-DBP<br><br>District Judge Dale A. Kimball<br>Chief Magistrate Judge: Dustin B. Pead |

CERTIFICATE OF SERVICE

I certify that on April 12, 2026, I served the foregoing PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION

via email to:

Bryan K. Benard, Esq. Sarah M. Perkins, Esq.

Holland & Hart LLP

BBenard@hollandhart.com
SMPerkins@hollandhart.com


/s/ Annette S. Vernieri
Annette S. Vernieri
Pro Se Plaintiff
14350 S Lapis Drive

Draper, Utah 84020

vernieri.lawsuit@pm.me